UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20719-cv-GOLD/DUBÉ

RODERICK R. HASLEM,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Magistrate Judge Dubé's Report and Recommendation ("the Report"). [ECF No. 25]. In the Report, Judge Dubé recommends that the decision of the Administrative Law Judge be reversed and remanded for further proceedings consistent with the Report. [ECF No. 25]. Neither Party has filed objections to the Report, and the time for doing so has expired.[1] Upon an independent review of the Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby:

ORDERED AND ADJUDGED:

1.     The Report, [ECF No. 25], is **AFFIRMED AND ADOPTED**.

2.     For the reasons discussed in the well-reasoned Report, the Defendant's Motion for Summary Judgment, [ECF No. 17], is **DENIED** and the Plaintiff's Motion for Summary Judgment, [ECF No. 21], is **GRANTED IN PART**.

3.     The Decision of the Commissioner is **REVERSED AND REMANDED** for

---

[1] Defendant filed a Notice that he would not file any objections to the Report. [ECF No. 28].

further proceedings consistent with the Report.

DONE and ORDERED in Chambers in Miami, Florida, this _13_ day of January, 2011.

                                              THE HONORABLE ALAN S. GOLD
                                              UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Robert L. Dubé
All counsel of record