UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20719-CIV-GOLD/DUBÉ

RODERICK R. HASLEM,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before this Court on the Petition for Attorney Fees and Costs filed by the

Plaintiff (D.E. #30) pursuant to a Clerk's Notice of Magistrate Judge Assignment entered by the

Clerk of Court, United States District Court for the Southern District of Florida.  This Court has

reviewed the motion, the stipulation by the parties and the file in this cause.

On January 13, 2011, an Order Adopting Report and Recommendation was entered by Judge

Alan S. Gold reversing and remanding this cause for further proceedings. (D.E. #29).

The present motion for attorney's fees seeks an award of fees pursuant to the Equal Access

to Justice Act (hereinafter "EAJA").  The motion indicates that 41.8 hours were spent on this case,

at the rate of $175.59 per hour, for a total fee recovery sought of $7,339.66.  However, on February

7, 2011, the parties filed a stipulation. (D.E. #32).

According to the stipulation, the Plaintiff shall be entitled to receive the sum of **$6,750.00**

as attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.  Additionally, the

attorney's fees will be paid directly to the Plaintiff and sent to the business address of counsel for

the Plaintiff. Full or partial remittance of the awarded attorney's fees will be contingent upon a determination by the Defendant that the Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Defendant will reduce the awarded attorney's fees in this Order to the extent necessary to satisfy such debt(s).

This Court finds that the agreed-upon amount for attorney's fees and costs is reasonable and that the Plaintiff should be awarded the sum of $6,750.00 for attorney's fees.

Accordingly, it is the recommendation of this Court that the Petition for Attorney Fees and Costs filed by the Plaintiff (D.E. #30) be **GRANTED** and that the Plaintiff should be awarded the sum of **$6,750.00** pursuant to the EAJA.

Pursuant to Local Magistrate Rule 4(b), the parties have fourteen (14) days from service of this Report and Recommendation to serve and file written objections, if any, with the Honorable Alan S. Gold, United States District Judge. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained herein. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); R.T.C. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND ORDERED** this ___9___ day of February, 2011.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

2