UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20719-cv-GOLD/DUBÉ

RODERICK R. HASLEM,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Magistrate Judge Dubé's Report and Recommendation ("the Report"). [ECF No. 33]. In the Report, Judge Dubé recommends that the Petition for Attorney Fees and Costs filed by the Plaintiff be granted. [ECF No. 30]. The Parties in this matter have stipulated that Plaintiff should be entitled to receive the sum of $6,750.00 as attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. Neither Party has filed Objections to the Report, and the time for doing so has expired. Upon an independent review of the Report, the record, and applicable case law, as well as noting that no Objections have been filed, it is hereby:

ORDERED AND ADJUDGED:

1. The Report [ECF No. 33] is **AFFIRMED AND ADOPTED**.

2. For the reasons discussed in the well-reasoned Report, the Plaintiff's Petition for Attorney Fees and Costs [ECF No. 30] is **GRANTED**.

3. The Plaintiff shall be awarded attorney fees and costs in the amount of $6,750.00.

DONE and ORDERED in Chambers in Miami, Florida, this 6 day of April, 2011.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Robert L. Dubé
All counsel of record